1  STROOCK & STROOCK & LAVAN LLP
   ARJUN P. RAO (State Bar No. 265347)
2  2029 Century Park East
   Los Angeles, CA 90067-3086
3  Telephone:  310-556-5800
   Facsimile: 310-556-5959
4  Email:    *lacalendar@stroock.com*

5  Attorneys for Defendant
     LENDINGCLUB CORPORATION

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10  ZAKIYYAH SMITH,                    )   Case No. 2:18-cv-07531-RSWL-RAO
                                       )
11          Plaintiff,                 )
                                       )   **NOTICE OF SETTLEMENT AND**
12      v.                             )   **STIPULATION TO EXTEND TIME**
                                       )   **TO RESPOND TO COMPLAINT BY**
13  LENDINGCLUB CORPORATION,           )   **MORE THAN 30 DAYS**
                                       )
14          Defendant.                 )
                                       )   Complaint served:  October 8, 2018
15                                     )   Current response date:  November 12,
                                       )   2018
16                                     )
                                       )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Zakiyyah Smith ("Plaintiff") and defendant LendingClub Corporation ("LendingClub" and together, with Plaintiff, the "Parties"), stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on August 28, 2018;

WHEREAS, the Complaint was served on October 8, 2018;

WHEREAS, the original deadline for LendingClub to respond to the Complaint was October 29, 2018;

WHEREAS, the Parties initially agreed to extend the date for LendingClub to respond to the Complaint, by answer, motion or otherwise, by fourteen (14) days, to and including November 12, 2018 (Dkt. No. 9);

WHEREAS, the Parties have reached an agreement in principle to settle and fully resolve all claims asserted in this matter (the "Settlement");

WHEREAS, the Parties are working to document the Settlement and expect to submit dismissal papers within 45 days;

WHEREAS, as a result of the Settlement, the Parties have agreed that LendingClub need not respond to the Complaint at this time.  Should the Settlement fail for any reason, the Parties agree that they will submit a status report requesting that this matter return to active status and will agree upon a reasonable deadline for LendingClub to respond to the Complaint; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

///

///

///

NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:18-CV-07531-RSWL-RAO

MIA 31386548

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1    IT IS HEREBY STIPULATED by and between the Parties, through their

2  respective counsel of record, that the Parties will work toward documenting and

3  completing the terms of the Settlement and will submit the necessary papers

4  dismissing this action, with prejudice, within 45 days.  If the Settlement does not

5  proceed, the Parties will submit a status report within 45 days requesting that this

6  matter return to active status and setting a deadline for LendingClub to respond to the

7  Complaint.

8

9  Dated:  November 12, 2018           STROOCK & STROOCK & LAVAN LLP
10                                     ARJUN P. RAO

11                                     By: _____ /s/ Arjun P. Rao _____
12                                                     Arjun P. Rao

13                                     Attorneys for Defendant
                                          LENDINGCLUB CORPORATION
14

15
   Dated:  November 12, 2018           PRICE LAW GROUP, APC
16                                     BRIAN BRAZIER
                                       LAUREN TEGAN RODKEY
17

18                                     By: _____ /s/ Brian Brazier _____
19                                                     Brian Brazier

20                                     Attorneys for Plaintiff
                                          ZAKIYYAH SMITH

21

22

23

24

25

26

27

28

**Filer's Attestation**

In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for Plaintiff.


_/s/ Arjun P. Rao_
Arjun P. Rao

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, a copy of the foregoing **NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 30 DAYS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

CERTIFICATE OF SERVICE
Case No. 2:18-CV-07531-RSWL-RAO

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

MIA 31386548