Brian Brazier, Esq. (SBN: 245004)
Price Law Group, APC
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5464
E: brian@pricelawgroup.com

Lauren Tegan Rodkey, Esq. (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Attorneys for Plaintiff,
*Zakiyyah Smith*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAKIYYAH SMITH,<br><br>                    Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>                    Defendant. | Case No. 2:18-cv-07531-RSWL-RAO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Zakiyyah Smith through her attorneys, Price Law Group APC, and Defendant LendingClub Corporation. ("LendingClub"), by and through its attorneys, Stroock & Stroock & Lavan LLP, hereby stipulate to dismiss Plaintiff's claims against LendingClub with prejudice, pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | DATED: December 19, 2018 | **PRICE LAW GROUP, APC** |
| 2 | | By:*/s/ Brian Brazier* |
| 3 | | Brian Brazier |
| 4 | | E: brian@pricelawgroup.com |
| 5 | | *Attorneys for Plaintiff* |
| | | *Zakiyyah Smith* |
| 7 | DATED: December 19, 2018 | **STROOCK & STROOCK & LAVAN LLP** |
| 9 | | By: */s/ Arjun P. Rao* |
| | | Arjun P. Rao |
| 10 | | arao@stroock.com |
| 11 | | *Attorneys for Defendant* |
| | | *LendingClub Corporation* |

### ATTESTATION OF SIGNATURE:

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Brian Brazier, hereby attests that concurrence in the filing of this document and its content has been obtained by Arjun P. Rao.

DATED: December 19, 2018     */s/ Brian Brazier*

### CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically transmitted the foregoing with the U.S, District Court Clerk's Office using the CM/ ECF System for filing and transmittal of a Notice of Electronic Filing and thereby served all registered CM/ECF case participants.

*/s/ Maria Marsceill*