JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKIYYAH SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>　　　　　Defendant. | **Case No. 2:18-cv-07531-RSWL-RAO**<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

　　Upon review of the Stipulation for Dismissal , with Prejudice, filed by Plaintiff and Defendant, and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated:　12/20/2018

　　　　　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Honorable Ronald S. W. Lew
　　　　　　　　　　　　　　United States District Judge